IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **GEORGE LOUKAS**, an individual, and **LOUKAS, INC.**, an Illinois corporation, Plaintiffs, v. **CLEAR CHANNEL OUTDOOR, INC.**, a Delaware corporation, Defendant. | Case No. 13 C 7958 |

## MEMORANDUM ORDER

Clear Channel Outdoor, Inc. ("Clear Channel") has coupled its filing of an Answer to the Complaint brought against it by George Loukas and Loukas, Inc. with the filing of a document captioned "Defendant Clear Channel Outdoor, Inc.'s Answer To Plaintiffs' Affirmative Defenses To Defendant's Counterclaim." Because Fed. R. Civ. P. 7(a) precludes such a pleading, this Court sua sponte strikes it from the court file.

_____
Milton I. Shadur
Senior United States District Judge

Date: February 4, 2014